BACHE & Co., INC., et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Concur — Stevens, P. J., Eager, Capozzoli and McGivern, JJ.